**Anthony B. HOGAN, Appellant,**

v.

**Martha K. HOGAN, Respondent.**

**No. WD 58250.**

Missouri Court of Appeals, Western District.

June 5, 2001.

Rehearing Denied July 24, 2001.

Basil L. North, Jr., Kansas City, for Appellant.

Martha K. Hogan, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., ULRICH, JJ. and KENNEDY, S.J.

## ORDER

PER CURIAM.

Husband appeals from a dissolution of marriage judgment. He argues that the trial court erred in awarding to wife maintenance, the marital residence, and the marital portion of his deferred compensation account. Because this court finds that the decree was supported by substantial evidence and that the trial court correctly applied the law, the judgment is affirmed. Rule 84.16(b).